## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **OWEN HARTY,** | : | **CIVIL ACTION** |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **No. 17-5430** |
| | : | |
| **PAVILION UNIT ACQUISITION L.P., a** | : | |
| **Pennsylvania Limited Partership,** | : | |
| | : | |
| **Defendant.** | : | |
| | : | |

## ORDER

**AND NOW,** this 20th day of September, 2018, it having been reported that the issues between the parties in the above action have been settled and pursuant to Local Rule of Civil Procedure 41.1(b), it is hereby **ORDERED** that the above action is **DISMISSED** pursuant to agreement of counsel without costs.  The Court of Clerk is directed to mark this action closed.

BY THE COURT:

_____

**MITCHELL S. GOLDBERG, J.**



# THE LAW OFFICES OF
# DANIEL A. PALLEN, P.L.L.C.

Tel: (484) 550-7542                    114 West Front Street                    www.pallenlaw.com
Fax: (484) 550-7532                    Media, Pennsylvania 19063                dpallen@pallenlaw.com

September 18, 2018

**_VIA FACSIMILE ONLY_**
*Fax to: (267) 299-5056 & (267)-299-5064*

Honorable Mitchell S. Goldberg
U.S. District Courthouse
Eastern District of Pennsylvania
601 Market Street
Philadelphia, PA 19106

Honorable Timothy R. Rice
U.S. District Courthouse
Eastern District of Pennsylvania
601 Market Street
Philadelphia, PA 19106

> **Re:   Harty v. Pavilion Acquisition Group, L.P.**
> **No. 2:17-cv-05430 - MSG**

Dear Judge Goldberg and Magistrate Rice:

This matter has been referred for settlement conference on the morning of September 20, 2018. Yesterday, the parties arrived at a settlement agreement. The matter is now concluded and the settlement conference is unnecessary.

Along with this letter I attach a proposed Order of Dismissal under Local Rule 41.1(b).

Thank you for your time and consideration. Please kindly contact my office with any questions or concerns.

Very truly yours,

Daniel A. Pallen

DP/mw
cc: David F. McComb, Esquire
    Zachary Silverstein, Esquire